**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   §   Case No. 14-29419
  §
NATASHA MARSENIC   §
  §
  §
  §
Debtor(s)   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/25/2015, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/30/2015           By:   /s/ David P. Leibowitz
                                                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-29419
§
NATASHA MARSENIC §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $9,784.00 |
| *and approved disbursements of* | $6,283.18 |
| *leaving a balance on hand of[1]:* | $3,500.82 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $3,500.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $875.21 | $0.00 | $875.21 |
| David P. Leibowitz, Trustee Expenses | $3.72 | $0.00 | $3.72 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $878.93 |
| Remaining balance: | $2,621.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,621.89 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,621.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,223.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for | $2,276.24 | $0.00 | $246.37 |
| 2 | Capital One Bank (USA), N.A. by | $6,340.32 | $0.00 | $686.25 |
| 3 | PYOD, LLC its successors and assigns as assignee | $15,395.83 | $0.00 | $1,666.38 |
| 4 | Synchrony Bank | $211.50 | $0.00 | $22.89 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,621.89 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                 Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-29419-TAB
Natasha Marsenic                                                Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: mflowers          Page 1 of 2          Date Rcvd: Jul 31, 2015
                             Form ID: pdf006         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2015.
```
db              +Natasha Marsenic,    6730 W. Rascher Avenue,   Chicago, IL 60656-2129
22267909       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20363,
                   Kansas City, MO 64195)
22267906        +Caliber Home Loans, In,    Po Box 24610,   Oklahoma City, OK 73124-0610
23263764        +Caliber Home Loans, Inc.,    c/o Heavner, Beyers & Mihlar, LLC,    PO Box 740,
                   Decatur, IL 62525-0740
22267907        +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,   Salt Lake City, UT 84130-0285
23102819         Capital One Bank (USA), N.A. by,    American Infosource LP as agent,   PO Box 71083,
                   Charlotte, NC 28272-1083
22267908        +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
22267910        +Client Services, Inc.,    3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
22267912         Meyer & Njus, P.A.,    30 North Dearborn Street,   Suite 1301,   Chicago, IL 60602
22267913         Proactiv Solution,    P.O. Box 11448,   Des Moines, IA 50336-1448
22267914         SKO Brenner American, Inc.,    40 Daniel Street,   P.O. Box 230,   Farmingdale, NY 11735-0230
22267918       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit,    Toyota Financial Services,   Po Box 8026,
                   Cedar Rapids, IA 52408)
22267916        +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
22267917         The Bradford Exchange,    9307 N. Milwauee Avenue,   Niles, IL 60714-1381
22267920         USA Vein Clinics of Chicago, LLC,    P.O. Box 0451,   Northbrook, IL 60065-0451
22267919        +United Collectio Bureau, Inc.,    5620 Southwyck Blvd.,   Suite 206,   Toledo, OH 43614-1501
22267921        +Webster Dental Care,    4833 Church Street,   Skokie, IL 60077-1357
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23000176         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2015 01:24:59
                   American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                   Oklahoma City, OK  73124-8866
22267905        +E-mail/Text: mmeyers@blittandgaines.com Aug 01 2015 01:15:26      Blitt & Gaines, P.C.,
                   661 Glenn Avenue,    Wheeling, IL 60090-6017
22267911        +E-mail/Text: bankruptcy@leadingedgerecovery.com Aug 01 2015 01:14:10      GE Capital Credit,
                   c/o Leading Edge Reocvery Solutions,    5440 N. Cumberland Ave. Ste 300,
                   Chicago, IL 60656-1486
23306194        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2015 01:01:08
                   PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                   Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
22267915        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2015 00:54:15      Syncb/tjx Cos Dc,   Po Box 965005,
                   Orlando, FL 32896-5005
23320335         E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2015 00:54:15      Synchrony Bank,
                   c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2015 at the address(es) listed below:
```
              Casey B Hicks    on behalf of Creditor   Caliber Home Loans, Inc. chicks@weltman.com,
               ecfnil@weltman.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
```

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Jul 31, 2015
                              Form ID: pdf006             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Heather M Giannino    on behalf of Creditor    Caliber Home Loans, Inc. bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
        Heather M Giannino    on behalf of Creditor    Caliber Home Loans, Inc. c/o Heavner, Beyers & Mihlar, LLC bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
        Marc S Shuger    on behalf of Debtor Natasha  Marsenic marcshuger@aol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 6